*Case # New*

 **Gmail** 

**FILED**

## Deprived for my Civil Right's

FEB 27 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

*Clerk*

To: ~~[redacted]~~

Wed, Feb 26, 2020 at 9:10 PM

**Complaint Petition**

On Wed, Feb 26, 2020, 8:59 PM

Thomas Phillip Bell

1 : 20 -CV- 0 6 5 1 JPH -DLP

*Since 2017 to 2020 stop light's Traffic*

I recently had a car accident in my 2007 Ford Five hundred but I explained to the Indianapolis, Indiana police after the car accident that someone had been illegally operating the stop light's also I had seen this man driving the truck that I had no choice but to run into him because he pulled out in front of me and stopped I explained my side of the story to my insurance and his to I do not believe this was not just and accident I believe this man was paid to pull in front of me so I would hit him, like and Intentional Discrimination of political activist I feel it was a threat including I already had a case going on in the Supreme Court for the United States of America case 17-2993 or 18-7690 I also came up with the idea that this was a Racial Discrimination because I was insured and that I did not run off to Navajo because of the wreck. To me my Civil Right's had been tested under the Civil Right's Act but I handled my business and usually not one thing happens correctly for me maybe someone had spread the word that the case that had been closed opened back up so now I got the auto Suspension Cancellation from the Indiana Bureau of Motor Vehicles i read and it says that my driver Suspension was cancelled because I faxed over my financial responsibility to the BMV and my Falcon Insurance Company I am actually not from the state of Indiana but I am still being disabled to create a family life, like being a father one day and that is why I have notified the FBI about almost everything that I do and that I have done since I have lived here if a person does not fit in somewhere in America then the law would require a place they are able to live the right way, nothing about how other's live there life is mine I have basically been alone for some time now but i lived in my car with all my stuff before I crashed, everything was in the trunk and back seat. Auto Return here in Indianapolis, Indiana rejected me because I tried to get my radio I had just had placed into it and tinted my windows for a homeless privacy, everything I had is gone I was rejected to get the radio out of my Ford five hundred I feel that I am being robbed and deprived and being setup for this next jail there building like my case does not exist.

[Quoted text hidden]

*Thomas Philip Bell*
*Thom Philip Bell*

Thomas Phillip Be.
General Delivery
4571 E Washington st
Apt # A2
IN, IN 46201