UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS PHILLIP BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:20-cv-00651-JPH-DLP |
| INDIANAPOLIS INDIANA POLICE, | ) ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On March 19, 2020, the Court screened Plaintiff Thomas Bell's complaint and dismissed it for failure to state a plausible claim. Dkt. 5 at 2–3. The Court gave Mr. Bell through April 30, 2020 to file an amended complaint. *Id.* Mr. Bell has filed an amended complaint, dkt. 10, but the amended complaint also does not state a plausible claim. Instead, it provides details about Mr. Bell's car and his possessions that were in the car, including his radio and clothing. *Id.* at 1–2. The amended complaint mentions "defective traffic signals and traffic lights," and a "scam" to increase revenue in Indiana, but it provides no facts in support and does not identify any defendants who may be responsible for those things. *Id.* at 3. The amended complaint therefore does not "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Mr. Bell's claims are **DISMISSED with prejudice**. *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011). His motions for contempt of court, dkt. [6], for "EEOC," dkt. [8], to keep a witness private, dkt. [9], and to dismiss

claims, dkt. [11] are **DENIED as moot**. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 5/1/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

THOMAS PHILLIP BELL
4521 E. Washington Street
Apt. A2
Indianapolis, IN 46201