UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS PHILLIP BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00651-JPH-DLP |
| INDIANAPOLIS INDIANA POLICE, | ) ) ) |
| Defendant. | ) |

**ORDER**

Plaintiff, Thomas Bell, brought this action on February 27, 2020, alleging that someone "illegally manipulate[d] the stop light[s]," causing him to hit another driver who pulled in front of him. Dkt. 1; dkt. 5. On May 1, 2020, the Court dismissed this case with prejudice for failure to state a plausible claim. Dkt. 12; dkt. 13.

On February 22, 2021, Mr. Bell filed a "complaint" again alleging that he "was picked on with the traffic lights" and "had no choice but to run into a man['s] truck." Dkt. [20]. The Court construes the filing as a motion to reopen this case under Federal Rule of Civil Procedure 60(b). *See Arwa Chiropractic, P.C. v. Med-Care Diabetic & Med. Supp., Inc.*, 961 F.3d 942, 948 (7th Cir. 2020) ("Relief from a final judgment [under Rule 60(b)] is available because of mistake, inadvertence, excusable neglect, newly discovered evidence, fraud, the judgment is void or has been satisfied, or any other reason that justifies relief."). That motion is **DENIED** because it does not identify any error in the judgment or argue that relief is warranted under that rule. *See Kennedy v.*

*Schneider Elec.*, 893 F.3d 414, 419 (7th Cir. 2018) ("Rule 60 relief is limited to 'extraordinary' situations where a judgment is the inadvertent product of 'special circumstances.'").

**SO ORDERED.**

Date: 2/24/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

THOMAS PHILLIP BELL
4521 E. Washington Street
Apt. A2
Indianapolis, IN 46201